UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 23 Cr. |
| MOHAMMED THIERO, | **23 CRIM 142** |
| Defendant. | |

## COUNT ONE
### (Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges:

1.      From at least on or about November 14, 2022 through at least in or about February 2023, in the Southern District of New York and elsewhere, MOHAMMED THIERO, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, THIERO conspired with others to rob jewelers in Manhattan and Queens, New York.

(Title 18, United States Code, Section 1951.)

## COUNT TWO
### (Hobbs Act Robbery)

2.      On or about November 14, 2022, in the Southern District of New York and elsewhere, MOHAMMED THIERO, the defendant, knowingly committed robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is

defined in Title 18, United States Code, Section 1951(b)(3), to wit, THIERO robbed at gunpoint jewelers in Manhattan, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## FORFEITURE ALLEGATION

3.      As a result of committing the offenses alleged in Counts One and Two of this Indictment, MOHAMMED THIERO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981 (a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property  of the

defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_Lori Kelly_
FOREPERSON

_Damian Williams_
DAMIAN WILLIAMS
United States Attorney

03/16/2023
CA

INDICTMENT FILED

WHEEL A - DJ VYSKOCIL

KH PARKER
USMJ