

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2023

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mohammed Thiero*, 23 Cr. 142 (MKV)

Dear Judge Vyskocil:

The parties write to update the Court of the status of the above-captioned matter in advance of the scheduled June 28, 2023 status conference. The Government has extended a plea offer to the defendant and the parties are in plea negotiations. The parties jointly request that the scheduled status conference be adjourned for approximately 30-45 days as the parties continue to negotiate a potential pre-trial disposition. Should the Court grant the adjournment request, the Government respectfully requests that the time between June 28, 2023 and the next scheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to continue to negotiate a potential disposition of this case. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  *Jaclyn Delligatti*
Jaclyn Delligatti
Assistant United States Attorney
Southern District of New York
(212) 637-2559
Jaclyn.Delligatti@usdoj.gov

*The Status Conference scheduled for June 28, 2023 is hereby adjourned to July 26, 2023 at 3:00 PM. In the interest of justice, and pursuant to a motion by the government, all time from today to July 26, 2023 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow the parties to continue discussions regarding the resolution of this matter. Defendant consents to the exclusion of time. SO ORDERED.*

Date: 6/21/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge