```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
         - v -                      :    23 Cr. 142 (JSR)
                                    :
MOHAMMED THIERO                     :
              Defendant.            :
                                    :
------------------------------------x
```

Upon the application of **MOHAMMED THIERO**, by his attorney, **CLAY KAMINSKY**, and in the interest of justice, it is hereby

**ORDERED** that the Warden of MDC Brooklyn arrange for Mohammed Thiero (Register Number 10509-506) to receive follow-up medical attention for his wounds and head trauma without further delay, and it is further

**ORDERED** that the Warden of MDC Brooklyn send confirmation to the Court once Mr. Thiero has received such medical attention and that the Warden produce Mr. Thiero's medical records to his counsel, provided that he has executed a HIPAA consent for his counsel to receive such records.

Dated:  New York, NY
        February 9, 2024            _____
                                    THE HONORABLE JED S. RAKOFF
                                    UNITED STATES DISTRICT JUDGE