UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :

UNITED STATES OF AMERICA

                                                              :     CONSENT ORDER OF
- v. -                                                           RESTITUTION

                                                              :

MOHAMMED THIERO,                  23 Cr. 142 (JSR)

                                                             :

                Defendant.

                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Assistant United States Attorney Jaclyn Delligatti, of counsel; the presentence report; the Defendant's conviction on Count Two of the above-referenced Indictment; and all other proceedings in this case, and upon the consent of MOHAMMED THIERO (the "Defendant"), by and through his counsel, Clay H. Kaminsky, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

       **1. Amount of Restitution.** MOHAMMED THIERO, the Defendant, shall pay restitution in the total amount of $61,500 in United States currency to the victims of the offense charged in Count Two of the Indictment. The name, address, and specific amount owed to the victim is set forth in the sealed Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

       **2. Joint and Several Liability.** Restitution shall be joint and several with co-conspirator Tyrone Briggs ("Briggs"), charged in criminal complaint 22 Mag. 10152 and indicted under *United States v. Briggs*, 23 Cr. 253 (JSR). Defendant's liability for restitution shall continue

unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of his loss from all the restitution paid by the Defendant and Briggs.

      3.    **Schedule of Payments.** Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

      In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The first installment shall be due within sixty (60) days after the date of his release from prison, while on supervised release. Defendant shall pay an amount equal to 10% of his gross monthly income each month. Pursuant to the Court's March 13, 2024 oral order at sentencing, any requirement pursuant to 18 U.S.C. § 3612(f)(3)(A) that the Defendant pay interest is hereby waived.

      4.    **Payment Instructions.** Restitution payments shall be made payable to the "SDNY Clerk of Court" and delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant's name and the docket number of this case shall be written on each check or money order. Any cash payments shall be hand delivered to the Clerk of Court using exact change and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk of Court for wiring Instructions.

      5.    **Sealing.** Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of

victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
      March 18, 2024

SO ORDERED:

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE